# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James L. Megilligan** | : | **Case No.: 12-14914-jkf** |
| | : | |
| **Debtor** | : | |
| | : | |

## PRAECIPE TO CHANGE ADDRESS

TO: THE CLERK OF THE BANKRUPTCY COURT:

Kindly change the address of the Debtor, James L. Megilligan to the following:

    8 Amber Court
    Millersville, PA 17551

Respectfully submitted,

BURKE & HESS

BY: **/s/ Michael D. Hess**
Michael D. Hess, Esquire
951 Rohrerstown Road
Suite 102
Lancaster, PA 17601
(717) 391-2911
Attorney for Debtor