# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-14914-JKF

JAMES L MEGILLIGAN

8 AMBER COURT
MILLERSVILLE, PA 17551-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JAMES L MEGILLIGAN

8 AMBER COURT
MILLERSVILLE, PA 17551-

Counsel for debtor(s), by electronic notice only.

MICHAEL D. HESS
BURKE & HESS
951 ROHRERSTOWN ROAD  STE 102
LANCASTER, PA 17601

Date: 1/17/2013

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee