PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
Authorized Agent for Secured Creditor
B.502-3268.NF

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | ) Bk. No. 12-14914-jkf |
| | ) |
| JAMES L. MEGILLIGAN, | ) |
| | ) WITHDRAWAL OF |
| Debtor. | ) PROOF OF CLAIM |
| | ) (CLAIM NO. 9) |
| | ) |

BANK OF AMERICA, N.A., Secured Creditor and holder of a lien on the property described as 425 Ruth Ridge Drive, Lancaster, Pennsylvania 17601 withdraws its Proof of Claim No. 9, filed on November 2, 2012, as the subject debt has been forgiven pursuant to the National Mortgage Settlement Extinguishment Program.

Dated: April 12, 2013            By /s/ Lori Reyes
                                  Authorized Agent for Secured Creditor

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Susie Chakhalyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On April 25, 2013, I served the within WITHDRAWAL OF PROOF OF CLAIM on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

James L. Megilligan
8 Amber Court
Millersville, PA 17551

Michael D. Hess, Esquire
951 Rohrerstown Road, Suite 102
Lancaster, PA 17601

William C. Miller, Esquire
111 South Independence Mall, Suite 583
Philadelphia, PA 19106

William C. Miller
111 South Independence Mall, Suite 583
Philadelphia, PA 19106

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2013 at Woodland Hills, California.

/s/ Susie Chakhalyan