# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
|  | : | Case No.  12-14914-jkf |
| James L Megilligan | : |  |
|  | : |  |
| Debtor(s) | : | Chapter 13 |

## PRAECIPE TO WITHDRAW MOTION TO EXTEND AUTOMATIC STAY

**TO THE CLERK:**

Kindly withdraw our Objection to Proof of Claim #5, Nationstar Mortgage, LLC, which was filed on September 18, 2013, in the above captioned matter without prejudice.

RESPECTFULLY SUBMITTED,

BURKE & HESS

By:   /s/  Michael D. Hess
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601
(717) 391-2911