IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: James L. Megilligan<br>                Debtor | | CHAPTER 13 |
| BANK OF AMERICA N.A.<br>                Movant<br>vs.<br>James L. Megilligan<br>                Debtor | | NO. 12-14914 JKF |
| William C. Miller Esq.<br>                Trustee | | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this ___ day of ___ 2014 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301, is modified as to permit BANK OF AMERICA, N.A. and its successor in title to take possession and sell, lease and otherwise dispose of the Vehicle, in a commercially reasonable manner.

_____
United States Bankruptcy Judge.

cc: See attached service list

James L. Megilligan
8 Amber Court
Millersville, PA 17551

Michael D. Hess Esq.
1672 Manheim Pike
Lancaster, PA 17601

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532