United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 12-14914-jkf
James L. Megilligan                                                                      Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2    Date Rcvd: Mar 16, 2017
                        Form ID: 138NEW   Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.
```
db              +James L. Megilligan,    8 Amber Court,    Millersville, PA 17551-1344
cr              +Bank of America, N.A. c/o Prober & Raphael, ALC,     20750 Ventura Blvd, Ste 100,
                  Woodland Hills, CA 91364-6207
cr               Main Street Acquisition Corp assignee of CHASE BAN,    c/o Becket and Lee LLP,    POB 3001,
                  Malvern, PA 19355-0701
cr              ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX   75063)
12933264        +BANK OF AMERICA, N.A.,    c/o D. TROY SELLARS,    Phelan Hallinan & Schmieg, LLP,
                  1617 John F. Kennedy Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13455243        +BSI Financial Services,    PO Box 660605,    Dallas, TX 75266-0605
12761517        +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
12761518        +Bank of America NA,    9000 Southside Blvd., Bldg. 600,    Jacksonville, FL 32256-0789
13345637         Bank of America, N.A.,    4161 Piedmont Pkwy,    NC4-105-02-99,    PO Box 26012,
                  Greensboro, NC 27420-6012
12930905        +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
12897987         Bank of America, N.A.,    c/o Prober & Raphael,    Attorney for Secured Creditor,    P.O. Box 4365,
                  Woodland Hills, CA 91365-4365
12861109        +Burke & Hess,    951 Rohrerstown Road,    Suite 102,    Lancaster PA 17601-1974
12761520        +CFSH,   2488 E. 81st Street, Suite 500,    Tulsa, OK 74137-4214
12761519        +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
12796686         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12796685         Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12761521        +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
12761525        +Goods Disposal,    4361 Oregon Pike,    Ephrata, PA 17522-9514
12761526        +Harvey Smith,    395 Cedar Ridge Circle,    Killeen, TX 76542-4129
12761527        +Lancaster County Treasurer,    150 North Queen Street,    PO Box 1447,    Lancaster, PA 17608-1447
13596459        +MTGLQ INVESTORS, LP,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,    701 Market Street,
                  Suite 5000,    Philadelphia, PA 19106-1541
12942444         Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                  POB 3001,    Malvern, PA 19355-0701
12761515        +Michael D. Hess,    Burke & Hess,    951 Rohrerstown Road,    Suite 102,
                  Lancaster, PA 17601-1974
12761528        #+Ocwen Loan Servicing,    PO Box 6440,    Carol Stream, IL 60197-6440
12763861        +PNC BANK,    P.O. BOX 94982,    CLEVELAND, OH 44101-4982
12761523        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Elan Financial Services,     PO Box 790084,
                  Saint Louis, MO 63179-0084)
13417966        +Ventures Trust 2013-I-H-R,    c/o ALEXANDRA T. GARCIA,    McCabe, Weisberg & Conway, P.C.,
                  123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
12761530        +Wells Fargo,    PO Box 11701,    Newark, NJ 07101-4701
13280009        +Wells Fargo Bank N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014C,
                  3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
12946000        +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                  3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Mar 17 2017 02:15:48     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2017 02:15:15
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 17 2017 02:15:31     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2017 01:59:55     GE Capital Retail Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
12761522         E-mail/Text: mrdiscen@discover.com Mar 17 2017 02:14:50     Discover,   P OBox 15316,
                  Wilmington, DE 19850
12836399         E-mail/Text: mrdiscen@discover.com Mar 17 2017 02:14:50     Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12838958         E-mail/Text: bankruptcynotices@cfstwo.com Mar 17 2017 02:15:30
                  Equity Resources LLC--Garon Rayburn,    c/o CFS II Inc,    2488 E 81st Street, Suite 500,
                  Tulsa, Oklahoma  74137-4214
13818871        +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2017 01:59:55     GE Capital Retail Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
12761524        +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2017 01:59:55     GEMB/Lowes,   PO Box 965005,
                  Orlando, FL 32896-5005
12804516        +Fax: 407-737-5634 Mar 17 2017 02:26:25     Ocwen Loan Servicing, LLC,
                  Attn: Bankruptcy Department,    1661 Worthington Road Suite 100,
                  West Palm Beach, FL 33409-6493
12773804         E-mail/PDF: rmscedi@recoverycorp.com Mar 17 2017 01:59:58
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
```

```
District/off: 0313-2          User: ChrissyW             Page 2 of 2           Date Rcvd: Mar 16, 2017
                              Form ID: 138NEW            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
12779508       +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2017 02:00:23      Synchrony Bank,
                 c/o PRA Receivables Management LLC,    P.O. Box 41021,    Norfolk, VA 23541-1021
12761529       +E-mail/Text: edinkel@vikingservice.com Mar 17 2017 02:15:59      Viking Collection Service,
                 7500 Office Ridge Circle,    Eden Prairie, MN 55344-3783
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13099141*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
12761516     ##+James L. Megilligan,    425 Ruth Ridge Drive,   Lancaster, PA 17601-3633
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2017 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners LLC
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
              ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor James L. Megilligan amburke7@yahoo.com
              NATALIE M. MCGHEE    on behalf of Creditor    Main Street Acquisition Corp assignee of CHASE BANK
               USA N A nmcghee@becket-lee.com
              SALVATORE  CAROLLO    on behalf of Creditor    Nationstar Mortgage, LLC. ldoyle@udren.com,
               cblack@udren.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 16
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: James L. Megilligan
    Debtor(s)

Bankruptcy No: 12–14914–jkf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/16/17

172 – 171
Form 138_new