United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James L. Megilligan  
    Debtor

Case No. 12-14914-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: May 02, 2017  
                         Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.  
13280009        +Wells Fargo Bank N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014C,  
        3476 Stateview Boulevard,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                                                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:

       ALEXANDRA T. GARCIA    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com  
       ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners LLC ecfmail@mwc-law.com, ecfmail@mwc-law.com  
       D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov  
       ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com  
       JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A paeb@fedphe.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    WELLS FARGO BANK, N.A bkgroup@kmllawgroup.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com  
       MICHAEL D. HESS    on behalf of Debtor James L. Megilligan amburke7@yahoo.com  
       NATALIE M. MCGHEE    on behalf of Creditor    Main Street Acquisition Corp assignee of CHASE BANK USA N A nmcghee@becket-lee.com  
       SALVATORE CAROLLO    on behalf of Creditor    Nationstar Mortgage, LLC. ldoyle@udren.com, cblack@udren.com  
       SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com, vbarber@udren.com  
       THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                     TOTAL: 17

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-14914-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

James L. Megilligan
8 Amber Court
Millersville PA 17551

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/01/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: Wells Fargo Bank N.A., Attention: Bankruptcy Department, MAC # D3347-014C, 3476 Stateview Boulevard, Fort Mill, SC 29715 | MTGLQ Investors, LP<br>P.O. Box 52708 Irvine, CA 92619-2707 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/04/17

Tim McGrath
**CLERK OF THE COURT**