United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-14914-jkf
James L. Megilligan                                             Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: May 05, 2017
                             Form ID: 3180W        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
db          +James L. Megilligan,   8 Amber Court,   Millersville, PA 17551-1344
12897987     Bank of America, N.A.,   c/o Prober & Raphael,   Attorney for Secured Creditor,   P.O. Box 4365,
             Woodland Hills, CA 91365-4365
12861109    +Burke & Hess,   951 Rohrerstown Road,   Suite 102,   Lancaster PA 17601-1974
13894879    +Fay Servicing, LLC,   440 S. LaSalle Street,   Suite 2000,   Chicago, IL 60605-5011
13910730     MTGLQ Investors, LP,   P.O. Box 52708 Irvine, CA 92619-2707
13099141    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
             Lewisville, TX 75067)
12763861    +PNC BANK,   P.O. BOX 94982,   CLEVELAND, OH 44101-4982


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov May 06 2017 00:42:12    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 06 2017 00:31:43
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 06 2017 00:42:11    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13345637     EDI: BANKAMER.COM May 06 2017 00:28:00    Bank of America, N.A.,   4161 Piedmont Pkwy,
             NC4-105-02-99,   PO Box 26012,   Greensboro, NC 27420-6012
12796686     EDI: CAPITALONE.COM May 06 2017 00:28:00    Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
12796685     EDI: CAPITALONE.COM May 06 2017 00:28:00    Capital One, N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
12836399     EDI: DISCOVER.COM May 06 2017 00:28:00    Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
12838958     E-mail/Text: bankruptcynotices@cfstwo.com May 06 2017 00:42:10
             Equity Resources LLC--Garon Rayburn,   c/o CFS II Inc,   2488 E 81st Street, Suite 500,
             Tulsa, Oklahoma  74137-4214
13818871    +EDI: RMSC.COM May 06 2017 00:28:00    GE Capital Retail Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
12942444     EDI: BL-CREDIGY.COM May 06 2017 00:28:00    Main Street Acquisition Corp., assignee,
             of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12779508    +EDI: RMSC.COM May 06 2017 00:28:00    Synchrony Bank,   c/o PRA Receivables Management LLC,
             P.O. Box 41021,   Norfolk, VA 23541-1021
12761530    +EDI: WFFC.COM May 06 2017 00:28:00    Wells Fargo,   PO Box 11701,   Newark, NJ 07101-4701
13280009    +EDI: WFFC.COM May 06 2017 00:28:00    Wells Fargo Bank N.A.,
             Attention: Bankruptcy Department,   MAC # D3347-014C,   3476 Stateview Boulevard,
             Fort Mill, SC 29715-7203
12946000    +EDI: WFFC.COM May 06 2017 00:28:00    Wells Fargo Bank, N.A.,
             Attention: Bankruptcy Department,   MAC # D3347-014,   3476 Stateview Boulevard,
             Fort Mill, SC 29715-7203
                                                                              TOTAL: 14


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                              Signature:   /s/Joseph Speetjens

District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: May 05, 2017
                             Form ID: 3180W            Total Noticed: 21

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:

          ALEXANDRA T. GARCIA    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com
          ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners LLC
          ecfmail@mwc-law.com, ecfmail@mwc-law.com
          D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
          ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
          JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    WELLS FARGO BANK, N.A bkgroup@kmllawgroup.com
          MICHAEL D. HESS    on behalf of Debtor James L. Megilligan amburke7@yahoo.com
          NATALIE M. MCGHEE    on behalf of Creditor    Main Street Acquisition Corp assignee of CHASE BANK
          USA N A nmcghee@becket-lee.com
          SALVATORE CAROLLO    on behalf of Creditor    Nationstar Mortgage, LLC. ldoyle@udren.com,
          cblack@udren.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
          vbarber@udren.com
          THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                              TOTAL: 17

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **James L. Megilligan** | Social Security number or ITIN | **xxx–xx–1413** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **12–14914–jkf** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James L. Megilligan

<u>5/4/17</u>

**By the court:**   <u>Jean K. FitzSimon</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**