United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-14914-jkf
James L. Megilligan                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: May 10, 2017
                             Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db              +James L. Megilligan,   8 Amber Court,   Millersville, PA 17551-1344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
         ALEXANDRA T. GARCIA    on behalf of Creditor    Ventures Trust 2013-I-H-R ecfmail@mwc-law.com
         ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners LLC
          ecfmail@mwc-law.com,   ecfmail@mwc-law.com
         D. TROY SELLARS    on behalf of Creditor   BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
         ELANA BROOKE FLEHINGER    on behalf of Creditor   Ocwen Loan Servicing, LLC cblack@udren.com
         JEROME B. BLANK    on behalf of Creditor   WELLS FARGO BANK, N.A paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    WELLS FARGO BANK, N.A bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
         MICHAEL D. HESS    on behalf of Debtor James L. Megilligan amburke7@yahoo.com
         NATALIE M. MCGHEE    on behalf of Creditor    Main Street Acquisition Corp assignee of CHASE BANK
          USA N A nmcghee@becket-lee.com
         SALVATORE CAROLLO    on behalf of Creditor    Nationstar Mortgage, LLC. ldoyle@udren.com,
          cblack@udren.com
         SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
          vbarber@udren.com
         THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 17

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13

James L. Megilligan                                       : Case No. 12–14914–jkf
                Debtor(s)


### ORDER
_____


     AND NOW, this day , May10, 2017 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court


184
Form 195